SCOTT A. GINGRAS, ISB No. 7808
WINSTON & CASHATT, LAWYERS, a
Professional Service Corporation
250 Northwest Boulevard, Suite 206
Coeur d'Alene, Idaho 83814
Telephone: (208) 667-2103
Facsimile: (208) 765-2121
E-mail: sag@winstoncashatt.com
Attorneys for Plaintiffs

JONATHON D. HALLIN, ISB No. 7253
Attorney at Law
1007 N. Boulder Court
Post Falls, Idaho 83854
Telephone: (208) 916-5435
Email: jd@callbillsheating.com
Attorney for Defendant

UNITED STATES DISTRICT COURT, FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SEAN WOLTHERS, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BILL'S HEATING AIR APPLIANCE REPAIR, LLC, an Idaho Limited Liability Company,<br><br>Defendant. | Case No. 2:20-cv-00504-AKB<br><br>CIVIL<br><br>JOINT MOTION FOR PRELIMINARY APPROVAL OF FLSA COLLECTIVE CLASS ACTION SETTLEMENT, AND APPROVAL OF SETTLEMENT NOTICE |

This Joint Motion for Preliminary Approval of FLSA Collective Action Settlement and Approval of Settlement Notice ("Stipulation") is made by Sean Wolthers (the "Named Plaintiff") on behalf of himself and as representative of the "Class Members" as defined herein, on the one hand, and the Defendant, Bill's Heating Air Appliance Repair, LLC, an Idaho Limited Liability Company ("Defendant"), on the other hand, in the currently pending action, and subject to the approval of the



U.S. District Court. This Motion is supported by a Memorandum filed contemporaneously herewith, and the Affidavit of Scott A. Gingras.

The Parties jointly request this Court, for purposes of settlement only, preliminarily approve the proposed Settlement in this Collective Class Action case as follows:

A. Without admission of fault or liability on the Collective Class Action claims as pled, Defendant to pay the total sum of $135,134.00 as satisfaction of all claims in this matter, including attorneys' fees and costs. The total sum amount to be broken down into four categories as follows:

1. $40,134.00 to the Class for payment of the Class Members alleges damages. This amount represents and/or equals fifty percent (50%) of the Class's damages as calculated by the Class's damages expert witness. If approved, each of the thirty-five (35) Class Members would be entitled to be paid fifty percent (50%) of their individual damage amount as calculated by the Class's damages expert witness as stated in the expert report;

2. $5,000.00 to the Named Plaintiff Sean Wolthers, as payment for a Class Representative fee amount;

3. $55,000.00 to Class counsel Winston & Cashatt, Lawyers, for payment of attorneys' fees. This amount represents and/or equals approximately fifty percent (50%) of the Class counsel's hourly fees incurred in the prosecution of the Collective Class Action Case; and

4. $35,000.00 to Class counsel Winston & Cashatt, Lawyers, for repayment of the reasonable costs and expenses incurred for the Class in prosecution of the Collective

JOINT MOTION FOR PRELIMINARY APPROVAL OF
FLSA COLLECTIVE CLASS ACTION SETTLEMENT
PAGE 2

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
250 Northwest Blvd., Suite 206
Coeur d' Alene, Idaho 83814
Phone: (208) 667-2103

Class Action case.

B. The Parties further request this Court preliminarily approve the Stipulated draft Settlement Agreement ("Settlement"), Notice to the Class members, and setting a Hearing date providing them the opportunity to object, if any, to the proposed settlement.

C. The Parties lastly request that Defendant Bill's Heating be appointed as the Settlement Administrator, to administer the sending of the Notices and Settlement checks as outlined in the Settlement Agreement.

After Class Members have an opportunity to object, the Parties will then request Final Approval of the Settlement Agreement with the Court.  Upon notice and an accounting to this Court, at a later date, of the payment of all settlement amounts, the Parties request that the case be dismissed with prejudice, and without any further payment of attorney's fees and costs to either party.

The Parties hereto jointly believe and state, in good faith, that the Settlement is fair, reasonable, and adequate, and they request an Order from this Court confirming the same.

DATED this 10th day of October, 2023.

/s/ Scott A. Gingras
SCOTT A. GINGRAS, ISB. No. 7808
WINSTON & CASHATT, LAWYERS
Attorneys for Plaintiffs


/s/ Jonathon D. Hallin
JONATHON D. HALLIN, ISB No. 7253
Attorney for Defendant

JOINT MOTION FOR PRELIMINARY APPROVAL OF
FLSA COLLECTIVE CLASS ACTION SETTLEMENT
PAGE 3

Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
250 Northwest Blvd., Suite 206
Coeur d' Alene, Idaho 83814
Phone: (208) 667-2103

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 10th day of October, 2023, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing to the following person:

>Jonathan D. Hallin
>jd@callbillsheating.com

>/s/ Scott A. Gingras
>SCOTT A. GINGRAS, ISB No. 7808
>WINSTON & CASHATT, LAWYERS, a
>Professional Service Corporation
>Attorneys for Plaintiffs

JOINT MOTION FOR PRELIMINARY APPROVAL OF
FLSA COLLECTIVE CLASS ACTION SETTLEMENT
PAGE 4

Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
250 Northwest Blvd., Suite 206
Coeur d' Alene, Idaho 83814
Phone: (208) 667-2103