UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SEAN WOLTHERS, an individual, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>BILL'S HEATING AIR APPLIANCE REPAIR, LLC, an Idaho Limited Liability Company,<br><br>    Defendant. | Case No. 2:20-cv-00504-AKB<br><br>**JUDGMENT** |

    In accordance with the Order Granting Final Approval of Proposed FLSA Collective Class Action Settlement filed concurrently herewith,

    NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that Judgment be entered and that this case be DISMISSED IN ITS ENTIRETY.

DATED: March 27, 2024

Amanda K. Brailsford
U.S. District Court Judge

JUDGMENT - 1